UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

| | |
|---|---|
| In Re:<br>**KENNETH IRA STARR,** *et al.*,<br><br>                                        Debtors.<br>------------------------------------------------------------------<br>**ROBERT L. GELTZER**, as Trustee of<br>the Estate of **KENNETH IRA STARR,** *et al.*,<br><br>                            Plaintiff,<br><br>       -against-<br><br>**SLEEPY HUDSON LLC**,<br><br>                            Defendant.<br>------------------------------------------------------------------ | **Case No. 11-10219 (MEW)**<br><br>**Chapter 7**<br><br>**Jointly Administered<br>Substantively Consolidated**<br><br><br><br>**Adv. Pro. No.  14-02067 (MEW)** |

### DEFAULT JUDGMENT

The above-captioned adversary proceeding was commenced by the filing on July 25, 2014, and serving on August 28, 2014, a Second Summons and Notice of Pretrial Conference and a Complaint (collectively, the "Complaint") upon Sleepy Hudson LLC (the "Defaulting Defendant"); and the Defaulting Defendant having failed to answer or move with respect to the Complaint; and the Defaulting Defendant having failed to appear at the pre-trial conference held in this Court on September 8, 2014 (the "Pretrial Conference"); and the Defaulting Defendant's default having been noted on the record at the Pretrial Conference; and on October 16, 2014, Robert L. Geltzer, Chapter 7 trustee (the "Trustee") of Kenneth Ira Starr, et al., the above-captioned debtors (the "Debtors"), submitted a Declaration pursuant to Rule 55 of the Federal Rules of Civil Procedure, as made applicable by Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Rule 7055-1 of the Local Rules of the Bankruptcy Court for the Southern District of New York, for the issuance of Certificate of Default against the Defaulting Defendant [ECF 6]; and on December 5, 2014, the Clerk of the Court entered a Certificate of Default against the Defaulting Defendant [ECF 7]; and the amount sought in the Complaint was for the sum certain of $200,000; and upon the April 1, 2015 Affidavit of Vinay Agarwal, senior manager at Davis

Graber Plotzker & Ward, LLP, the Court-retained accountants to the Trustee, annexed to the Trustee's Notice of Presentment; and it appearing that due notice having been given, and no objection to the relief sough herein having been interposed; and no further notice being necessary nor required; it is hereby

**ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of the Trustee of the estate of Kenneth Ira Starr, et al. and against the Defaulting Defendant in the sum of $200,000.00; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Trustee has all of the rights and remedies afforded to a judgment creditor by law; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Trustee may enforce this judgment against the Defaulting Defendant, as allowed by applicable law.

Dated: New York, New York
       May ___ , 2015

_____
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE