UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

In Re:

**KENNETH IRA STARR,** *et al.*,

                                Debtors.

------------------------------------------------------------------

**ROBERT L. GELTZER**, as Trustee of
the Estate of **KENNETH IRA STARR,** *et al.*,

                                Plaintiff,

       -against-

**SLEEPY HUDSON LLC**,

                                Defendant.

------------------------------------------------------------------

**Case No. 11-10219 (MEW)**

**Chapter 7**

**Jointly Administered
Substantively Consolidated**

**Adv. Pro. No. 14-02067 (MEW)**

BC 15,0052

## **DEFAULT JUDGMENT**

The above-captioned adversary proceeding was commenced by the filing on July 25, 2014, and serving on August 28, 2014, a Second Summons and Notice of Pretrial Conference and a Complaint (collectively, the "Complaint") upon Sleepy Hudson LLC (the "Defaulting Defendant"); and the Defaulting Defendant having failed to answer or move with respect to the Complaint; and the Defaulting Defendant having failed to appear at the pre-trial conference held in this Court on September 8, 2014 (the "Pretrial Conference"); and the Defaulting Defendant's default having been noted on the record at the Pretrial Conference; and on October 16, 2014, Robert L. Geltzer, Chapter 7 trustee (the "Trustee") of Kenneth Ira Starr, et al., the above-captioned debtors (the "Debtors"), submitted a Declaration pursuant to Rule 55 of the Federal Rules of Civil Procedure, as made applicable by Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Rule 7055-1 of the Local Rules of the Bankruptcy Court for the Southern District of New York, for the issuance of Certificate of Default against the Defaulting Defendant [ECF 6]; and on December 5, 2014, the Clerk of the Court entered a Certificate of Default against the Defaulting Defendant [ECF 7]; and the amount sought in the Complaint was for the sum certain of $200,000; and upon the April 1, 2015 Affidavit of Vinay Agarwal, senior manager at Davis

Graber Plotzker & Ward, LLP, the Court-retained accountants to the Trustee, annexed to the Trustee's Notice of Presentment; and it appearing that due notice having been given, and no objection to the relief sough herein having been interposed; and no further notice being necessary nor required; it is hereby

**ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of the Trustee of the estate of Kenneth Ira Starr, et al. and against the Defaulting Defendant in the sum of $200,000.00; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Trustee has all of the rights and remedies afforded to a judgment creditor by law; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Trustee may enforce this judgment against the Defaulting Defendant, as allowed by applicable law.

Dated: New York, New York
      May  18 , 2015

                                        s/Michael E. Wiles
                                        HONORABLE MICHAEL E. WILES
                                        UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of New York

Geltzer,
    Plaintiff                                                                       Adv. Proc. No. 14-02067-mew

Sleepy Hudson, LLC,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0208-1    User: arouzeau    Page 1 of 1    Date Rcvd: May 18, 2015
                       Form ID: pdf001    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2015.
dft           +Sleepy Hudson, LLC,    Attn: Managing Agent,    200 E. 58th Street,    Apt. 16F,
                New York, NY 10022-2035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2015                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2015 at the address(es) listed below:
         Robert L. Geltzer    on behalf of Plaintiff Robert L. Geltzer rgeltzer@epitrustee.com,
            rgeltzerso@ecf.epiqsystems.com;mbruh@geltzerlaw.com
                                                                                               TOTAL: 1